In the Matter of the Petition of ESTHER WATERBURY, Respondent, to Settle Her Final Account as Executrix, etc., of THOMAS D. WATERBURY, Deceased. WATERBURY DENTAL COMPANY, Appellant.— Decree of the Surrogate's Court of

Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.